NUMBER 13-99-597-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


 ___________________________________________________________________


LARRY LEE GANTT
, Appellant,


v.



THE STATE OF TEXAS
, Appellee.

____________________________________________________________________


On appeal from the 138th District Court


of Cameron County, Texas.


____________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and Yañez


Opinion by Chief Justice Seerden



 Larry Lee Gantt, appellant, pleaded guilty to aggravated assault,(1) but 

received deferred adjudication community supervision for a period of ten
years. The State subsequently filed a motion for adjudication of guilt alleging
that appellant had violated certain conditions of his community supervision. 
The trial court held a hearing on the motion. At that time, the court
considered and denied several motions urged by appellant. The court then
proceeded to adjudicate appellant guilty and sentenced him to ten years
imprisonment. 

 Appellant's court-appointed counsel has filed a brief in which he
concludes that the appeal is wholly frivolous and without merit.(2) The brief
meets the requirement that counsel present a professional evaluation of the
record demonstrating why, in effect, there are no arguable grounds to be
advanced. Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 1400, 18
L.Ed.2d 493 (1967). 

 No appeal may be taken from the determination to adjudicate a
defendant guilty after he has been placed on deferred adjudication community
supervision. Tex. Code Crim. Proc. Ann. art. 42.12, § 5(b) (Vernon 2000). 
Even appeals stemming from claims of due process violations are subject to
this limitation. Leal v. State, 962 S.W.2d 652, 653 (Tex. App.--Corpus Christi
1998, no pet.). Accordingly, we may not consider the issues raised in
appellant's brief. See Connolly v. State, 983 S.W.2d 738, 741 (Tex. Crim.
App. 1999). 


 We agree that the appeal is wholly frivolous and without merit. The
appeal is DISMISSED.



 

 ROBERT J. SEERDEN, Chief Justice



Do not publish
.

Tex. R. App. P. 47.3.


Opinion delivered and filed

this 29th day of June, 2000.

 

1. Tex. Pen. Code Ann. § 22.02 (a) (Vernon 2000). 
2. A copy of counsel's brief has been delivered to appellant, and
appellant was advised of his right to file a pro se brief. No pro se brief has
been filed.